United States District Court
Southern District of Texas
**ENTERED**
July 02, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Angel Alfredo Vitela Hernandez, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil No. 4:26-cv-3329 |
| | § | |
| Raymond Thompson, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER DISMISSING PETITION

Before the Court is Petitioner Angel Alfredo Vitela Hernandez's First Amended Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241. Doc. 18. Petitioner previously filed a petition for a writ of *habeas corpus* that was dismissed on the merits in *Vitela-Hernandez v. Noem*, 4:26-cv-00139 (Lake, J.). A review of the pleadings does not reflect a material change in circumstances such that this First Amended Petition presents a new claim that could not have been presented in the prior habeas action.

Petitioner does raise a new claim for "[i]nadequate medical care and serious health deterioration" while detained at the Joe Corley Detention Center. Doc. 1 at 6; *see also* Doc. 18 at 1 (adopting and incorporating by reference the Petition into the First Amended Petition). However, a challenge to conditions of confinement must be raised in a civil rights action under 42 U.S.C. § 1983, not through a petition for a writ of *habeas corpus*. *Cook v. Tex. Dep't of Crim. Just. Transitional Plan. Dep't*, 37 F.3d 166, 168 (5th Cir. 1994); *Melot v. Bergami*, 970 F.3d 596, 599 (5th Cir. 2020) ("a habeas petition 'is the proper vehicle to

seek release from custody,' while a civil rights suit pursuant to 42 U.S.C. § 1983 . . . is 'the proper vehicle to attack unconstitutional conditions of confinement.'")

Therefore, the First Amended Petition is DENIED. Petitioner's conditions-of-confinement claim is DISMISSED WITHOUT PREJUDICE to being raised in a civil rights action. In all other respects, this case is DISMISSED WITH PREJUDICE for the reasons set forth by the Court in *Vitela-Hernandez v. Noem*, 4:26-cv-00139 (Doc. 16) (Lake, J.). All pending motions are DENIED AS MOOT. A final judgment will be entered separately.

The Clerk shall provide a copy of this Order to the parties.

**SO ORDERED.**

**SIGNED** at Houston, Texas, on the 2nd of July, 2026.

Nicholas J. Ganjei
United States District Judge