United States District Court
Southern District of Texas
**ENTERED**
July 13, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Angel Alfredo Vitela Hernandez, *et al.*, | § | |
| | § | |
| Petitioners, | § | |
| | § | |
| v. | § | Civil No. 4:26-cv-3329 |
| | § | |
| Raymond Thompson, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER DENYING MOTION FOR RECONSIDERATION**

Before the Court is Petitioner's Motion to Alter or Amend the Court's Order of Dismissal, Doc. 20. Petitioner seeks reconsideration of the Court's Order of Dismissal, Doc. 19, under Federal Rule of Civil Procedure 60(b) based on the Fifth Circuit's panel opinion in *Sosnava Rodriguez v. Ortega*, No. 26-50183, 2026 WL 1906557 (5th Cir. July 2, 2026). However, the Fifth Circuit has since granted rehearing of that case *en banc* and vacated the panel opinion in accordance with Fifth Circuit Rule 41.3. *See id.* Docs. 175, 176. The motion for reconsideration is therefore DENIED.

**SO ORDERED.**

**SIGNED** at Houston, Texas, on the 13th of July, 2026.

Nicholas J. Ganjei
United States District Judge